IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID W. MARSHALL, JR.,

    Plaintiff,

v.

PAUL WESTERHAUS, BRUCE SUNDE
and TERRY TIMM,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-513-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Paul Westerhaus, Bruce Sunde and Terry Timm granting their motion for summary judgment and dismissing this case for plaintiff's failure to exhaust his available administrative remedies.

_____     3/18/2011
Peter Oppeneer, Clerk of Court            Date